**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

MANCIL F. BELL,                                                                   Civil No. 11-2103 (RHK/JJK)

        Plaintiff,                                                        **ORDER FOR DISMISSAL**

v.

ADVANTAGE COLLECTION
PROFESSIONALS, INC.,

        Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 2) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  November 14, 2011

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge